IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**DIANE MAY-BEY**                                                                              **PLAINTIFF**

**vs.**                                              **CIVIL ACTION NO. 5:13-cv-00063-DCB-MTP**

**COAST NATIONAL INSURANCE COMPANY a/k/a**
**FARMERS INSURANCE GROUP and JOHN DOES 1 - 5**                **DEFENDANTS**

## AGREED ORDER

THIS DAY THIS CAUSE came on to be heard on the *ore tenus* motion of Defendant Coast National Insurance Company to dismiss Farmers Insurance Group as being an improper party to this lawsuit and being a mere trade name, and that based upon the representation of Defendant's counsel, Plaintiff has agreed to substitute "Coast National Insurance Company" for "Coast National Insurance Company a/k/a Farmers Insurance Group," and dismiss Farmers Insurance Group with prejudice, with each party to bear its own costs, and the Court being further advised in the premises finds that the motion is well taken and should be granted.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that "Coast National Insurance Company" should be substituted for "Coast National Insurance Company a/k/a Farmers Insurance Group" in the style of this case.

IT IS, FURTHER, HEREBY ORDERED AND ADJUDGED that Farmers Insurance Group is dismissed from this case with prejudice, as it is a mere trade name and improper party hereto.

SO ORDERED AND ADJUDGED, THIS the 29th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

AGREED:


/s/ Michael C. Gatling
JAMES R. MOORE, JR. (MSB # 3445)
MICHAEL C. GATLING (MSB # 101530)
ATTORNEYS FOR DEFENDANT
COAST NATIONAL INSURANCE


/s/ Toney A. Baldwin
TONEY A. BALDWIN, ESQ. (MSB # 102161)
ATTORNEY FOR THE PLAINTIFF

Page 2
# 5:13-cv-00063